| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Colleen M. Regan (State Bar No. 120284) |
| 2 | cregan@seyfarth.com |
| | Eileen C. Zorc (State Bar No. 233797) |
| 3 | ezorc@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 4 | Los Angeles, California 90067-3021 |
| | Telephone: (310) 277-7200 |
| 5 | Facsimile: (310) 201-5219 |

Attorneys for Defendant
UNITED AIR LINES, INC.

LAW OFFICES OF JACK PERKO
Jack Perko
jackperko@hotmail.com
26895 Aliso Creek Road, Suite B66
Aliso Viejo, CA 92656
(818) 674-0948;  Fax: (949) 916-1039

Attorney for Plaintiff
LORILEE INLOW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LORILEE INLOW | Case No. SACV09-774 DMG-(CWx) |
| Plaintiff, | **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | **JS-6** |
| UNITED AIR LINES INC., a Corporation; and DOES 1 through 25, inclusive, | Complaint Filed: May 28, 2009 |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice,

IT IS HEREBY ORDERED that the case is dismissed with prejudice, forthwith.

IT IS SO ORDERED.

Date: _April 13, 2010_____

_____
Honorable Dolly M. Gee
U.S. DISTRICT JUDGE

1
**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

12227823v.1